IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LAWSON WELLS, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 5:12-CV-155 |
| | : | |
| BRIAN OWENS, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

### ORDER ON RECOMMENDATION

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 15] to dismiss Petitioner Lawson Wells's Petition for Writ of Habeas Corpus [Doc. 1]. No objection was filed, and having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation of the United States Magistrate Judge [Doc. 15] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion to Dismiss Petition as Untimely [Doc. 8] is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] is **DISMISSED**. Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is hereby **DENIED**.

**SO ORDERED,** this 5th day of December, 2012.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP